## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:                                                  Case No. 23-11406-mdc
                                                        Chapter 13

Linda M Maiorano

Debtor(s).

## **NOTICE OF APPEARANCE**

**Nationstar Mortgage LLC**, a Secured Creditor in the above styled proceeding, hereby

requests that all matters which must be noticed to creditors, any creditors' committees, and any

other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any

other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests

that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
        Steven K. Eisenberg, Esquire
        Bar No: 75736
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone: (215) 572-8111
        Fax: (215) 572-5025
        seisenberg@sterneisenberg.com
        Attorney for Creditor

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of September, 2023, to the following:

Brad J. Sadek
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
bradsadek@gmail.com
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


U.S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 300
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Linda M Maiorano
43 Favored Lane
Levittown, PA 19055

*Debtor(s)*


By:        /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire